UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

**UNITED STATES OF AMERICA**

**Plaintiff,**

-vs-　　　　　　　　　　　　　　　　　　　　　　　　　Case No. 3:11-CR-132

**STEVEN GREENE,**

**Defendant.**

---

### RESTITUTION ORDER

---

On January 13, 2012, Defendant Steven Greene was sentenced and ordered to pay restitution to the U.S. Department of Labor in the amount of $33,765.91. The Court has received full restitution payment documentation from defense counsel and verification thereof, from the U.S. Probation Department. The Court now finds that Defendant, Steven Greene has satisfied his obligation of restitution.

**IT IS SO ORDERED.**

Dated: February 27, 2012

THOMAS M. ROSE, JUDGE
UNITED STATES DISTRICT COURT